# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Paul Mills, a Special Agent with Homeland Security Investigations, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. Your Affiant is a sworn Special Agent with the United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). Your Affiant has been a Special Agent with DHS since June of 2010. Your Affiant has been assigned to the HSI Columbus office since November 2019, where your Affiant has been involved with narcotics investigations. Prior to becoming a Special Agent with HSI, your Affiant was a Detective at Morrow County Sheriff's Office in Ohio beginning in February of 1998. Your affiant has led and participated in numerous investigations of crimes involving drug smuggling, firearms trafficking, immigration, and other violations.

2. I am currently assigned to a group that investigates weapons smuggling, drug smuggling, and bulk cash smuggling. I am a law enforcement officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516(1), and in Title 21, United States Code, Section 878. Your affiant is experienced with conducting surveillance, serving as the control agent for confidential sources, and investigating violations of the Immigration and Nationality Act (INA).

3. This affidavit is being submitted for the purpose of establishing probable cause that Pascual SOLIS- Arcos has violated 8 U.S.C. §§ 1326(a) – Illegal Reentry of Removed Alien.

4. The information in this affidavit is based on my personal knowledge, information provided by other law enforcement officers and individuals, and the reports and memoranda of other law enforcement officers. The information in this affidavit is provided for the limited of establishing probable cause in connection with this application for a criminal complaint and an arrest warrant. This affidavit does not include all the information gathered during this investigation. The following information is based on my personal knowledge, the knowledge of other agents and officers, as well as investigations conducted by other law enforcement entities.

## PROBABLE CAUSE – ILLEGAL REENTRY

5. On January 19, 2025, Franklin County, OH Sheriff's Office in Columbus, OH emailed the ERO Columbus, OH Criminal Alien Program (CLM CAP) to advise that Pascual SOLIS-Arcos was booked into the Franklin County Corrections Center in Columbus, OH on Felony Kidnapping and Gross Sexual Imposition charges. The email from the Franklin County Sheriff's Office also advised that SOLIS was born in Mexico and has no social security number.

6. On February 8, 2025, HSI Columbus, working with ICE/ERO Field Operations team, Columbus, Ohio, took custody of Pascual SOLIS-Arcos after he had posted 10% of his $250,000 bond.

7. On that same date, SOLIS- Arcos was processed at the ICE office and fingerprints were utilized in order to verify the identity of the subject. Results from biometric queries confirmed that the subject is Pascual SOLIS- Arcos, associated with a specific Alien #, and Fingerprint Identification Number (FIN).

8. According to his A-file, SOLIS- Arcos is a citizen of Mexico and has no legal status in the United States. A search of immigration databases and a criminal history search revealed the following immigration history:

    (a) On September 1, 2024, United States Border Patrol (USBP) in Tucson, AZ encountered and arrested SOLIS-Arcos and determined he had illegally entered the U.S. without inspection and issued him Form I-860 and I-296. SOLIS-Arcos was held in Department of Homeland Security custody pending removal proceedings as an Expedited Removal as per Section 235(b)(1) of the INA. SOLIS-Arcos was apprehended within fourteen days of their last entry into the United States, and within 100 air miles of any United States land border.

    On September 1, 2024, USBP removed SOLIS-Arcos to Mexico by foot at the land border.

    (b) On February 8, 2025, agents in Columbus, Ohio encountered and arrested SOLIS-Arcos and determined he has illegally reentered the U.S. without inspection. Agents served SOLIS-Arcos an I-871 indicating intent to reinstate the prior order of removal pursuant to INA section 241(a)(5).

9. A review of immigration records indicates SOLIS-Arcos did not apply for permission to reenter the United States prior to this entry from either the Attorney General of the United States or the Secretary of the Department of Homeland Security.

## **CONCLUSION**

10. Based on the foregoing, I further submit that there is probable cause to believe that Pascual SOLIS- Arcos is an alien who has previously been removed from the United States and that he knowingly and unlawfully entered and was found in the Southern District of Ohio without obtaining the express consent of either the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States, in violation of 8 U.S.C. §§ 1326(a)(1).

PAUL S MILLS
Digitally signed by PAUL S MILLS
Date: 2025.02.08 13:23:58 -05'00'

Paul Mills
Special Agent
Homeland Security Investigations

Sworn to via telephone on this  8th  day of February 2025 after submission of the Affidavit by reliable electronic means pursuant to Fed. R. Crim. P. 3, 4(d), and 4.1

CHELSEY M VASCURA
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF OHIO